IN THE SUPREME COURT OF TEXAS

 No. 05-0696

 IN RE FORD MOTOR COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's supplemental motion for temporary emergency relief,
filed September 13, 2005, is granted in part and denied in part. The order
dated September 9, 2005, in Cause No. 04-61218-1, styled Carlos Marroquin
and Linda J. Marroquin, individually and on behalf of The Estate of Matthew
Marroquin, deceased and as next friend of Mikalyla R. Marroquin, a minor
child, Roger A. Salinas and Sara Salinas, individually and as next friend
of Shelby Salinas, a minor child, Dominga C. Luna, Ramiro Salinas and
Rosita Salinas vs. Ford Motor Company, Ruth Ellen Olson, and TRW Vehicle
Sefety Systems, Inc., in the County Court at Law No 1 of Nueces County,
Texas, is stayed pending further order of this Court. All other requested
relief is denied.

 Done at the City of Austin, this September 14, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk